UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DO NO HARM | CASE NO. 24-CV-016 |
| V. | JUDGE EDWARDS |
| JOHN BEL EDWARDS | MAGISTRATE JUDGE HORNSBY |

## **GOVERNOR LANDRY'S STATEMENT OF MATEERIAL FACTS**

In opposition to Plaintiff's Motion for Summary Judgment, defendant, Governor Jeff Landry, submits the following material facts:

1. Jeff Landry is the Governor of the State of Louisiana appearing in this litigation in his official capacity.

2. Governor Landry was elected to the office of Governor of Louisiana on October 14, 2023//

3. Governor Landry took office as Governor on January 8, 2024 for a four year term of office.

4. Governor Landry is the sole named defendant in this litigation.

5. For the reasons stated in his Declaration filed in this record as Document 22-1, Governor Landry has not and will not during this or any succeeding term of office enforce the provisions of La. R.S. 37:1263 that are challenged by the plaintiff in this litigation.

6. Governor Landry has not and will not during this or any succeeding term of office appoint a person to the Louisiana Board of Medical Examiners by reason or on account of minority status.

Dated: 2/20/25

Respectfully submitted,

**LIZ MURRILL**

**LOUISIANA ATTORNEY GENERAL**

s/ *Carey T. Jones*_____
CAREY T. JONES (#07474)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
Post Office Box 94005
Baton Rouge, Louisiana 70804
Telephone:   (225) 326-6000
Facsimile:   (225) 326-6098
E-mail:   JonesCar@ag.louisiana.gov

*Counsel for Defendant, Jeff Landry, in his official capacity as Governor of Louisiana*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which sends notification of such filing to all counsel of record by electronic means.

*s/ Carey T. Jones*__
Carey T. Jones